UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No.: 08-28612-RAM

ALVAREZ, ELIUTH                                     CHAPTER 7


___DEBTOR(S)_____/

**TRUSTEE'S EX-PARTE MOTION TO RE-OPEN CASE
TO ADMINISTER AN UNDISCLOSED ASSET**

COMES NOW the Trustee, SONYA L. SALKIN, and hereby files this Ex-Parte Motion to administer an undisclosed asset, and would states as follows:

1. The Debtor filed a Voluntary Petition Under Chapter 7 of the Bankruptcy Code on December 5, 2008.

2. The Trustee filed a Report of No Distribution on January 15, 2009.

3. The Trustee was recently made aware of a Discrimination Claim pending in District Court that the debtor had against her former employer.

2. The Trustee wishes to re-open this case in order to administer the unscheduled asset for the benefit of creditors and defer the fee to re-open until the case is closed.

4. The Trustee will withdraw her Report of No Distribution and file a Notice of Assets upon the Order Reopening this Chapter 7 case being entered.

WHEREFORE, the Trustee, SONYA L. SALKIN, hereby requests this Court to enter an order granting the Trustee's Ex-Parte Motion on the grounds set forth therein.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on February 4, 2011 to debtor(s), debtor's counsel, and U.S. Trustee office via the Court CM/ECF notification to those parties who are registered and/or via U.S. Mail to all parties who are not authorized electronically.

/s/Sonya L. Salkin, Trustee
SONYA L. SALKIN, TRUSTEE
1776 North Pine Island Rd. Suite 218
Plantation, FL 33322
(954) 423-4469