

ORDERED in the Southern District of Florida on February 05, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                           Case No. 08-28612-RAM
                                     CHAPTER 7

ALVAREZ, ELIUTH

       DEBTOR(S)     /

### ORDER GRANTING TRUSTEE'S EX-PARTE MOTION TO RE-OPEN CASE TO ADMINISTER AN UNDISCLOSED ASSET

THIS MATTER came before the court on the Trustee, Sonya L. Salkin's Ex-Parte Motion to Re-Open Case to Administer an Undisclosed Asset, and the court having reviewed the Motion, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Trustee's Motion is **GRANTED**.

2. The Clerk's office is hereby directed to re-open the above-styled case.

3. Any fees associated with the re-opening of the case shall be paid by the Trustee as an Administrative claim to the Clerk's office upon distribution of funds to all creditors.

###

Submitted by Sonya L. Salkin, Trustee, who will mail a signed Order to the following parties:

Debtor(s)
Debtor's Attorney
U.S. Trustee