UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                    Case No. 08-28612 RAM
                                                                          CHAPTER 7
ALVAREZ, ELIUTH M


_____DEBTOR(S)_____/

**TRUSTEE'S APPLICATION FOR EMPLOYMENT OF SPECIAL COUNSEL**

Trustee, SONYA L. SALKIN, respectfully requests an Order of the court authorizing the employment of Martin Leach, Esq., of the firm of Feiler & Feiler, P.L., to represent the Trustee as special counsel in this case and states:

     1.     It is necessary that the trustee employ an attorney to represent the Trustee in this case to perform ordinary and necessary legal services required to investigate and pursue a potential cause of action.

     2.     The attorney does not hold or represent any interest adverse to the estate, and the Trustee believes that the employment of this attorney as a special counsel would be in the best interest of the estate.

     3.     Attached to this motion is the proposed attorney's Verified Statement demonstrating that Martin Leach, Esq. does not represent any interest adverse to the debtor with respect to the matter on which he is being retained as required by 11 U. S. C. § 327(e) and a Verified Statement as required under Bankruptcy Rule 2014.

     4.     The attorney has agreed to be compensated in accordance with 11 U. S. C. § 330 and his existing Fee Agreement (attached as Exhibit "A").

     5.     The Trustee believes this attorney is qualified to handle and pursue this cause of action.

WHEREFORE, the Trustee respectfully requests an Order authorizing the employment of Martin Leach, Esq. to represent the Trustee on contingency basis to 11 U.S.C. §§ 327 and 330. Dated: March 1, 2011

                                                                        /s/
                                           SONYA L. SALKIN, TRUSTEE
                                           1776 North Pine Island Road, #218
                                           Plantation, FL 33322
                                           (954) 423-4469

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 08-28612 RBR
                                          CHAPTER 7
ALVAREZ, ELIUTH M

_____DEBTOR(S)_____/

### VERIFIED STATEMENT OF PROPOSED SPECIAL COUNSEL FOR TRUSTEE

Pursuant to 11 U.S.C. § 327, F.R.B.P. 2014 and 9011 and 28 U.S.C. § 1746, the proposed attorney for the Trustee hereby submits his Verified Statement and states as follows:

1. I am an attorney admitted to practice in the State of Florida.

2. The law firm is located at 901 Ponce de Leon Blvd. Penthouse Suite, Coral Gables, FL 33134. We do not hold or represent any interest adverse to the estate and do not represent or hold any interest adverse to the debtor with respect to the matter on which we are being retained as required by 11 U.S.C. § 327(e).

3. We do not have any connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the office of the U.S. Trustee, except that we previously represented the Debtor in the subject cause of action.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 4, 2011.

_____
Martin Leach, Esq.
Feiler & Leach, P.L.
901 Ponce de Leon Blvd.
Penthouse Suite
Coral Gables, FL 33134
305-441-8818

LAW OFFICES
# FEILER & LEACH, P.L.
901 PONCE DE LEON BLVD. • PENTHOUSE SUITE • CORAL GABLES, FL 33134-3009

MICHAEL B. FEILER, P.A.
MARTIN E. LEACH, P.A.

TEL. (305) 441-8818
FAX (305) 441-8081

TRIAL PRACTICE • CIVIL AND CRIMINAL • STATE AND FEDERAL COURTS

## CONTINGENT FEE CONTRACT

I/we, the clients referenced herein, hereby retain FEILER & LEACH, P.L. ("the firm") to represent me/us in my/our claim for damages resulting against _Roy el Allcott_ or any other entity that may be liable to me as a result of an incident occurring on or about _____.

I agree to pay all out-of-pocket costs incurred in processing my claim (subject to my choice regarding the cost of copies, postage and telephone as indicated below), including costs of investigation, and should it be necessary to institute suit, all court costs. As compensation for the services of FEILER & LEACH, P.L. I agree to pay FEILER & LEACH, P.L. from the <u>gross proceeds</u> of any recovery, the following fee:

(a) <u>33 1/3%</u> of any recovery up to one million dollars through the time of filing the initial Answer or Demand for Appointment of Arbitrators;

(b) <u>40%</u> of any recovery up to one million dollars if an Answer or Demand for Appointment of Arbitrators is filed;

(c) <u>30%</u> of any recovery between one and two million dollars;

(d) <u>20%</u> of any recovery in excess of two million dollars.

(e) If all defendants admit liability at the time of filing their initial Answers and request a trial only on damages, then the fee shall be, from the <u>gross proceeds</u>:

    (1) <u>33 1/3%</u> of any recovery up to one Million dollars through trial.
    (2) <u>20%</u> of any recovery between one and two million dollars.
    (3) <u>15%</u> of any recovery in excess of two million dollars.

(f) If post trial proceedings or appeal on any issues is necessary, I agree to pay an additional <u>5%</u> of any recovery after Notice of Appeal is filed or post-judgment relief or action is required for recovery on the judgment.

It is agreed and understood that if a judgment is obtained against any defendant(s), and the court awards statutory or contractual attorneys' fees in favor of the Client, that FEILER & LEACH, P.L. will be entitled to the <u>higher</u> of the Court-awarded fee <u>or</u> the fee under the provisions of this contract. That is, if the Court-awarded fee is equal to or higher than the fee specified in this contract, the firm will retain the entire court awarded fee and take no other fee from the client. If, however, the Court-awarded fee is less than the contractual fee, the firm will apply the awarded fee as a credit against the contractual fee due. If the Court-awarded fee is due to an insurance coverage dispute, and the cause proceeds to trial or arbitration on liability and damages, the firm shall retain the awarded fee for the coverage dispute and the contingent fee percentage as well.

It is understood that this employment is upon a contingent fee basis, and if no recovery is made, I will not be indebted to FEILER & LEACH, P.L. for any sum as attorneys' fees.

I hereby give the firm the exclusive right to take all legal steps to enforce said claim. I hereby

further agree not to settle any claim in any matter without written consent from the firm.

From any sum of money recovered, I hereby authorize the firm to withhold and retain its fee together with any fees or bills on my behalf due any physician or doctor, as a result of the aforementioned accident; also, any costs that are due and payable or that have already been paid.

I agree to keep FEILER & LEACH, P.L. advised of my whereabouts at all times and to cooperate in the preparation and trial of my case, to appear on reasonable notice for depositions and court appearances and comply with all the reasonable requests made of me in connection with the preparation and presentation of my case.

I recognize the right of the firm to withdraw from the case and return the file to me at its discretion whenever the firm is of the opinion that chances for success in this case do not justify going forward. I further recognize the right of the firm to retain a charging lien on my file for its costs and time expended in the event of an eventual recovery.

I hereby agree not to compromise or accept any type of payment for my claim without the consent of FEILER & LEACH, P.L.; neither can the firm settle my claim without my consent.

I/we have, before signing this contract, received and read The Statement of Client's Rights, and I/we understand each of the rights set forth therein. I/we have signed the Statement and received a signed copy to keep for reference while being represented by the firm.

This contract may be canceled by written notification to the firm at any time within three (3) business days of the date the contract was signed, as shown below and, if canceled, the Client shall not be obligated to pay any fees to the firm for the work performed during that time. If the firm has advanced funds to others in representation of the Client, the firm is entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the Client.

I/we hereby discharge and dismiss any and all previous attorneys involved in my case and agree to pay them a reasonable fee for the services already performed by them. I/we completely and fully understand that FEILER & LEACH, P.L. is not obligated to pay any of my/our previous attorneys unless the firm has specifically agreed to do so with such attorney. In the event that I/we see fit to discharge or dismiss FEILER & LEACH, P.L. I/we agree to pay the firm a reasonable fee for the services already performed by it.

No representation has been made to me/us as to what amount, if any, I/we may be entitled to recover in this case. It is further agreed that any oral changes or modifications of the above contract must be noted and written on the reverse side of this contract in order to be valid and binding.

DATED _4-30-07_.

_____          _____
CLIENT                                CLIENT

_____
ATTORNEY