

## ORDERED in the Southern District of Florida on March 04, 2011.

Robert A. Mark, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:
ALVAREZ, ELIUTH M                    Case No. 08-28612-RAM
                                     CHAPTER 7

___DEBTOR_____/

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL

THIS CAUSE came on before the Court upon the Trustee's Application for Employment of Special Counsel, Martin Leach, ESQ., of the Law Office of Feiler & Leach, P.L., in this case.  Upon the representations that Martin Leach, ESQ., of the Law Office of Feiler & Leach, P.L., is qualified to handle this matter, that Martin Leach, ESQ., of the Law Office of Feiler & Leach, P.L., holds no interest adverse to the estate in the matters upon which he is engaged, that Martin Leach, ESQ., of the Law Office of Feiler & Leach, P.L., holds no representation of any interest adverse to the estate or to the debtor with respect to the matter on which he is being retained as required by 11 U.S.C. § 2014, and that his employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the Trustee is authorized to employ Martin Leach, ESQ., of the Law Office of Feiler & Leach, P.L., as special counsel for the Trustee, on a contingency basis, but whose fees are subject to review and award by this Court pursuant to 11 U.S.C. §§ 327 and 330.

**ORDERED** that no settlement may be reached nor monies disbursed, without prior approval of the Bankruptcy Court.

###

Trustee Salkin will provide a copy of the signed order to debtor, debtor's attorney, Special Counsel